## Commonwealth *v.* O'Connor, Appellant.

Submitted March 1, 1976. *Philip D. Freedman,* Assistant Public Defender, for appellant; *Marion E. MacIntyre,* Second Assistant District Attorney, and *LeRoy S. Zimmerman,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: Judgment of sentence is vacated and the case is remanded. Appellant is granted leave to file a petition to withdraw his guilty plea *nunc pro tunc.* See *Commonwealth v. Roberts,* 237 Pa. Superior Ct. 336, 352 A.2d 140 (1975) and *Commonwealth v. Velasquez,* 238 Pa. Superior Ct. 368, 357 A.2d 155 (1976).

VAN DER VOORT, J., dissents as to vacating the sentence.